UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

|  |  |  |
|---|---|---|
| ANI LEIDY DIAZ, | ) | **Acknowledged** |
|  | ) | TWP |
| Plaintiff, | ) | February 20, 2026 |
|  | ) |  |
| v. | ) Cause No. 4:26-cv-00027-TWP-KMB | |
|  | ) |  |
| SCOTT MAPLES, *et al*., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## NOTICE

In response to the Court's Order dated February 12, 2026 (Dkt. 10) the Federal

Defendants respectfully notify the Court that on February 18, 2026, the Petitioner received an

individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a).


THOMAS E. WHEELER II
United States Attorney


By:     *s/ Shelese Woods*_____
Shelese Woods
Assistant United States Attorney
Office of the United States Attorney
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
*Email address: Shelese.Woods@usdoj.gov*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 19, 2026, a copy of the foregoing document was filed

electronically. Service of this filing will be made on all ECF-registered counsel by operation of

the court's electronic filing system. Parties may access this filing through the court's system.


*s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney


Office of the United States Attorney
Southern District of Indiana
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333